```
 1  SHARON L. ANDERSON (SBN 94814)
    County Counsel
 2  JANICE AMENTA (SBN 161260)
    Deputy County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, Ninth Floor
 4  Martinez, California 94553
    Telephone:  (925) 335-1800
 5  Facsimile:  (925) 335-1866
    Electronic Mail: janice.amenta@cc.cccounty.us
 6
    Attorneys for Defendant
 7  EAST CONTRA COSTA FIRE
    PROTECTION DISTRICT
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>EAST CONTRA COSTA FIRE PROTECTION DISTRICT, and DOES 1 through 50, inclusive,<br><br>Defendant. | No. C11-2598 EDL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

The Court has considered the papers and records filed in connection with defendant East Contra Costa Fire Protection District's motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). ~~The Court finds that plaintiff's complaint is barred for failure to state a claim upon which relief can be granted because he did not meet the mandatory requirements of the Tort Claims Act~~. **On July 7, 2011, plaintiff filed a notice of non-opposition to defendant's motion to dismiss.**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Motion to Dismiss the Third Cause of Action of plaintiff's complaint filed by defendant is GRANTED without leave to amend and that plaintiff's Third Cause of Action is dismissed with prejudice.

DATED: July 15, 2011

JUDGE ELIZABETH D. LAPORTE
District Court Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
No. C11-2598 EDL                                                                                              1