Robert C. Bowman Jr. (SBN: 232388)
Sean Gavin (SBN: 251124)
THE LAW OFFICE OF BOWMAN AND ASSOCIATES
A Professional Corporation
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
T: 916.923.2800
F: 916.923.2828
E: sgavin@bowmanandassoc.com

Attorneys for Plaintiff
MIKE TAYLOR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE TAYLOR<br><br>    Plaintiff,<br><br>    v.<br><br>EAST CONTRA COSTA FIRE PROTECTION DISTRICT, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:   11-02598 EDL ENE<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE** |

      The parties in the above captioned matter agree to stipulate to the following and declare it as set forth below:

    1.    The parties, MIKE TAYLOR and EAST CONTRA COSTA FIRE PROTECTION DISTRICT, and their attorney's of record, SEAN GAVIN and JANICE LYNN AMENTA do hereby agree that to continue the early neutral evaluation deadline.

    2.    The parties have agreed to continue the early neutral evaluation deadline to January 27, 2012.

---

3. The parties have conferred with Peter R. Boutin, the Evaluator assigned to this matter, that the new deadline and new proposed date does not conflict with his calendar.

3. The parties hereby agree to postpone the November 29, 2011 early neutral evaluation to January 2012.

The foregoing is agreed upon by the parties.

THE LAW OFFICE OF BOWMAN AND ASSOCIATES
*A Professional Corporation*

Dated: 11/22/2011          By: _____
                           Sean Gavin (SBN: 251124)
                           Attorney for Plaintiff,
                           MIKE TAYLOR

Dated:                     By: _____
                           Janice Lynn Amenta (SBN: 161260)
                           Attorney for Defendant
                           EAST CONTRA COSTA FIRE PROTECTION DISTRICT

IT IS ORDERED:

The court continues the early neutral evaluation deadline until January 27, 2012.

DATED: November 29, 2011          _____
                                  JUDGE OF THE DISTRICT COURT

Taylor v. East Contra Costa Fire Protection District, et al.                    Page 2
Stipulation to Continue Early Neutral Evaluation Deadline