**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MIKE TAYLOR,                                    No. C -11-02598 EDL

9              Plaintiff,                            **ORDER**

10       v.

11   EAST CONTRA COSTA FIRE PROTECTION
     DISTRICT,
12
              Defendant.
13   _____/

14
         This matter is referred to Magistrate Judge Donna M. Ryu to conduct a settlement
15
     conference. Counsel will be contacted by Judge Ryu's chambers with a date and time for the
16
     conference which shall occur before October 20, 2012.
17

18
         IT IS SO ORDERED.
19

20   Dated: September 5, 2012
21                                          ELIZABETH D. LAPORTE
                                            United States Magistrate Judge
22

23

24

25

26

27

28